**STATE of Missouri, Respondent,**

v.

**Jarred K. GRIFFIN, Appellant.**

**No. ED 74098.**

Missouri Court of Appeals,
Eastern District,
Division Four.

Dec. 22, 1998.

Gary E. Brotherton, Columbia, for appellant.

Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before HOFF, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

1. All statutory references are to RSMo 1994.

**ORDER**

PER CURIAM.

Appellant, Jarred K. Griffin, appeals the judgment of conviction entered by the Circuit Court of St. Louis County after a jury found him guilty of second degree assault, RSMo section 565.060.[1] We affirm.

We have reviewed the briefs of the parties, the legal file, and the transcript. As an extended opinion would serve no jurisprudential purpose, we affirm the judgment of the trial court pursuant to Rule 30.25(b).